**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00666-CV

### ADELMIRA GARZA, Appellant

### V.

### JAMIE MARIE SANCEN, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-02995-2014**

## ORDER

We **GRANT** appellant's November 18, 2015 unopposed motion for an extension of time

to file a reply brief.  Appellant shall file a reply brief by **DECEMBER 14, 2015**.


/s/      ELIZABETH LANG-MIERS
JUSTICE